## NORTH AMERICAN INVESTMENT CORPORATION *v.*
## JAMES A. PABILONIA ET AL.
## (10328)

FOTI, LAVERY and FREEDMAN, Js.

Argued February 25—decision released March 17, 1992

*James J. Devine,* for the appellants (defendants).

*Gary D. Lavigne,* with whom was *Leslee B. Ives,* legal intern, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## LINDA EBRAHIMI *v.* MOHAMMED EBRAHIMI
## (9623)

NORCOTT, LANDAU and HEIMAN, Js.

Argued February 25—decision released March 17, 1992

*Robert P. Cardone,* for the appellant (defendant).

*Helen C. Bruno,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.